COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-14-00843-CV

Style:             Raymond Espinosa

                   **v** J. Norris, et al.

Date motion filed[*]:   November 20, 2014

Type of motion:    Motion to Abate and Remand to Ascertain Trial Court's Reason for Summary Judgment

Party filing motion:   Appellant

Document to be filed:

Is appeal accelerated?      No

Ordered that motion is:

☐      Granted

       If document is to be filed, document due:

       ☐      The Court will not grant additional motions to extend time

☑      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

**The motion is denied.  *See State Farm Fire & Cas. Co. v. S.S.*, 858 S.W.2d 374, 380 (Tex. 1993); *Rogers v. Ricane Enters., Inc.*, 772 S.W.2d 76, 79 (Tex. 1989); *Scott v. Papasozomenos*, No. 01-13-00932-CV, 2014 WL 4952436, at \*2 (Tex. App.— Houston [1st Dist.] Oct. 2, 2014, no pet. h.) (mem. op.); *see also Wilson v. Jordan Mem'l Church of God*, No. 01-03-00844-CV, 2004 WL 253503, at \*1 (Tex. App.— Houston [1st Dist.] Feb. 12, 2004, no pet.) (mem. op.).**

Judge's signature: /s/ Chief Justice Sherry Radack
                   ☒  Acting individually

Date:  December 4, 2014